[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-14662
Non-Argument Calendar
_____

D.C. Docket No. 2:11-cr-00191-MHT-SRW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC JEROME PARKER,
a.k.a. E.P.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(June 28, 2013)

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

J. Carlton Taylor, counsel for Eric Jerome Parker in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Parker's convictions and sentences, are **AFFIRMED**.  All remaining motions are **DENIED AS MOOT.**